March 29, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MIGUEL ANGEL GONZALEZ GUILBOT, CARLOS A. GONZALEZ GUILBOT, AND MARIA ROSA DEL ARENAL DE GONZALEZ, Appellants

NO. 14-07-00047-CV                              V.
NO. 14-10-01149-CV

MARIA DEL CARMEN GUILBOT SERROS DE GONZALEZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MIGUEL ANGEL LUIS GONZALEZ Y VALLEJO, LUIS AMADEO GONZALEZ GUILBOT, JOSE GUILLERMO GONZALEZ GUILBOT, CARMEN ISABEL GONZALEZ GUILBOT DE URIARTE, GERARDO GONZALEZ GUILBOT, JAVIER GONZALEZ GUILBOT, MADEIRA INTERNATIONAL LTD., FRANCEVILLE INTERNATIONAL LTD., ARKHANGEL INTERNATIONAL LTD., L&T AMERICAN CORPORATION, TG INTERAMERICA CORPORATION, Appellees

_____

We order that this court's former judgment of December 9, 2010, in Cause No. 14-07-00047-CV be vacated, set aside, and annulled. We further order this court's opinion of December 9, 2010, in Cause No. 14-07-00047-CV withdrawn. Cause No. 14-07-00047-CV is an appeal from the judgment signed January 12, 2007. This cause was heard on the transcript of the record. We have inspected the record and find no error in the judgment. In Cause No. 14-07-00047-CV, we order the judgment of the court below **AFFIRMED**. We order appellants, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.

Cause No. 14-10-01149-CV is an appeal from the order signed November 4, 2010. In Cause No. 14-10-01149-CV, we order the appeal **DISMISSED FOR LACK OF JURISDICTION**. We order appellants, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.